UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CARRIE HAWES,

            Plaintiff,                              Case No. 12-12035
                                                      Honorable Thomas L. Ludington

v.

MICHAEL J. ASTRUE
COMMISSIONER OF
SOCIAL SECURITY,

            Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION, GRANTING
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, DENYING PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT, AND AFFIRMING COMMISSIONER'S
DECISION**

Carrie Hawes filed a complaint challenging the Commissioner of Social Security's final denial of her application for Social Security Disability benefits. On October 1, 2012, Hawes filed a motion for summary judgment. The Commissioner filed a cross motion on November 1, 2012.

On July 9, 2013, United States Magistrate Judge Laurie J. Michelson issued a report recommending the Commissioner's motion be granted, Hawes's motion be denied, and the decision of the Commissioner be affirmed. *See* Report & Recommendation 1, ECF No. 10. As of today's date, no party has filed any objections to Judge Michelson's report and recommendation. The election to not file objections to the report releases the Court from its duty to independently review the record. *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Accordingly, it is **ORDERED** that the Judge Michelson's report and recommendation, ECF No. 10, is **ADOPTED**.

It is further **ORDERED** that Plaintiff's motion for summary judgment, ECF No. 8, is **DENIED**.

It is further **ORDERED** that the Commissioner's motion for summary judgment, ECF No. 9, is **GRANTED**.

It is further **ORDERED** that Commissioner's denial of Plaintiff's benefits is **AFFIRMED**.

It is further **ORDERED** that Plaintiff's complaint, ECF No. 1, is **DISMISSED** with prejudice.

Dated: July 29, 2013                                   s/Thomas L. Ludington
                                                       THOMAS L. LUDINGTON
                                                       United States District Judge

<div style="border:1px solid">

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on July 29, 2013.

                    s/Tracy A. Jacobs
                    TRACY A. JACOBS

</div>

- 2 -